**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 22, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41494

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO VARGAS-VARGAS

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-595

_____

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit
Judges.

PER CURIAM:[*]

Because defendant Vargas-Vargas has completed his sentence and

has been deported, his appeal of his sentence is DISMISSED as moot.

See United States v. Rosenbaum-Alanis, — F.3d —, 2007 WL 926832

(5th Cir. Mar. 29, 2007).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.